**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America | ) | CASE NO. 5:06CR239 |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | Judge David D. Dowd, Jr. |
| | ) | |
| - vs - | ) | |
| | ) | **O R D E R** |
| Reginald Johnson | ) | |
| | ) | |
| Defendant(s) | ) | |

A hearing was conducted on July 29, 2013, regarding a petition filed by the U.S. Probation Office regarding a violation of the defendant of the terms and conditions of supervised release. The defendant Reginald Johnson and his counsel, Jackie Johnson appeared. The Court finds the defendant in violation of his terms and conditions of supervised release as stated in the Violation Report and adopts the Report and Recommendation of Magistrate Jude Limbert. See docket #357.

IT IS ORDERED that the Court will continue the defendant's supervision as previously ordered with the addition condition of alcohol checks. The Court will continue the final revocation hearing until October 23, 2013, at 12:00 noon.

| | |
|---|---|
| July 29, 2013 | *s/David D. Dowd, Jr.* |
| Date | DAVID D. DOWD, JR. |
| | U. S. DISTRICT JUDGE |